UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y
★ NOV 29 2011 ★
BROOKLYN OFFICE

ADAM WIERCINSKI,

          Plaintiffs,

v.

MANGIA 57, INC., et al.,

          Defendants.

Case No. 09-CV-4413 (ILG) (JO)

**STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that the parties to the above-captioned matter, by and through their undersigned attorneys, hereby stipulate to the dismissal, as set forth below, of certain defendants and certain claims for relief in this matter, with prejudice, and without costs or fees to any party, and waiving all rights of appeal.

**Dismissed Defendants**

Plaintiff hereby stipulates to the dismissal of all individual defendants in this matter:

    Sasha Muniak a/k/a Sasha A. Muniak a/k/a Sasha T. Muniak;

    Artur Zbozien;

    Malgorzata Cymanow a/k/a Margaret Cymanow;

    Grzergorz Sarosiek;

    Robert Bazgier; and

    Dariusz Maslanka.

The only remaining defendant is Mangia 57, Inc.

1

### Dismissed Claims

Plaintiff hereby stipulates to the dismissal of the following claims for relief:

    Title VII claim for disparate treatment based on religion and national origin (Count Three);

    Title VII claim for retaliation (Count Five);

    Claims for disparate treatment and retaliation (but not hostile work environment) under 42 U.S.C. § 1981 (Count Eight);

    Conspiracy claim under 42 U.S.C. § 1985 (Count Nine);

    Neglect claim under 42 U.S.C. § 1986 (Count Ten);

    Generic unlawful discharge claim (Count Twelve);

    Note: The Court previously dismissed all of the plaintiff's claims under state and city laws (Count Two, Count Four, Count Six, Count Seven, Count Eleven).

Nothing in this stipulation waives, limits, or otherwise affects the Defendants' right to appeal Judge Glasser's Memorandum & Order, dated July 2, 2010.

The only remaining claims are the plaintiff's Title VII claim for hostile work environment based on religion (Count One) and the plaintiff's hostile work environment claim under 42 U.S.C. § 1981 based on race (ancestry/ethnicity) (Count Eight).

STIPULATED AND AGREED BY THE PARTIES, BY AND THROUGH THEIR UNDERSIGNED ATTORNEYS:

| For Plaintiff: | For Defendants: |
|---|---|
| *[signature]* | *[signature]* |
| Steven M. Warshawsky, Esq.<br>Empire State Building<br>350 Fifth Avenue, 59 Floor<br>New York, NY 10118<br>(212) 601-1980<br><br>Dated: November 28, 2011 | Roger Juan Maldonado, Esq.<br>Andrew William Prior, Esq.<br>Balber Pickard Maldonado<br>& Van Der Tuin, P.C.<br>1370 Avenue of the Americas<br>New York, NY 10019<br>(212) 246-2400<br><br>Dated: November 23, 2011 |

**SO ORDERED:**  S/ILG   11/29/11
~~Hon. James Orenstein, M.J.~~   Date
U.S.D.J.

3